Kenneth Shutt, on behalf of the appellants, the Konarski family. This is a case that was appealed after a ruling by the district court granting a motion to dismiss. Our position is that the motion to dismiss was improvidently granted and should be reversed and the case remanded. The basis of the case is a retaliation in violation of First Amendment rights of my clients. What did the retaliation consist of? Retaliation consisted of a number of different things, including failure to allow my clients to have access to the city. Failure to allow them to participate with certain inspectors. Is there anything in the record about the usual access? There's no obligation for any city official to talk to your client, right? Correct. All right. So the question is, is there anything in the complaint regarding the usual? I mean, I would agree with you that if the usual practice was anybody who comes in the door I'll talk to and they're throwing him out, that that would be arguably retaliation. Is there anything in the complaint to say that? To say that there is some kind of No, there's nothing in the complaint about the usual practices. No, there's nothing in the complaint with respect to the usual practices. So how can it be retaliatory? Well, it's retaliatory because of the admission that the officials in the city of Tucson were not to deal directly with my clients with respect to Because he had a pending lawsuit because he had civil rights actions in the past. In the past. No, there was a pending lawsuit. There was a pending one. But there have also been actions. Right. But that's what they said, because there's a pending lawsuit. Correct. All right. Do you ever give your clients that advice? Or do many lawyers not give people that advice? Yeah, I believe that's true. But this is a city that has obligations that go beyond. Well, what's its obligation? Well, that's why I asked you at the beginning what its obligation was. Yeah, I believe the obligation is to treat all of its citizens fairly. And if someone comes to the city and asks for a permit for a building or is in the process of completing a building and suddenly it's shut down. I was talking about the First Amendment retaliation claim. That's where you started. They didn't give them access to the city officials. Okay. But that's part of it. There's the not having access to the city officials. And in addition, there's the withdrawal of services, basically, with respect to my clients' business endeavors. They're involved in real estate development. They're involved in running apartment complexes. And there have been withdrawal of services or the refusal to allow my clients to have the services that they should have. And specifically, if you look at the allegations of the complaint, we have alleged that that was a conscious decision that was made by the city attorney to prevent my clients from having any communications with the... What evidence is there of that? There's an admission of one of the city officials that he was... That there's pending litigation. I've been advised by the city attorney not to speak with you. Anything else? That's correct. Well, in addition to that, my clients then followed the instructions that they were given and tried to contact the city attorney directly. And he never responded to... Any constitutional obligation on his part to meet with your clients? I think there's a constitutional obligation on behalf of the city not to treat my clients any differently than they would anyone else just because my clients... But that's why I asked you the other question, which is what do the complaints say about how... Can anybody call the city attorney and talk to him? No, I don't think any... Well... Can anybody with a pending lawsuit call the city attorney and talk to him? Is any of this in the complaint? Well, no. The complaint alleges that it doesn't allege anything with respect to the standards of the city and what standards that they have. But you can't rely on them treating him differently because you have it alleged how they usually treat people. Because there's no other... In other words, you start with a situation in which there is no constitutional obligation to talk to him. So then in order to have to show that he's being retaliated against, you have to show that he would otherwise have gotten this, but he didn't get it because of X. So you have to show something about what otherwise would have happened. Yeah. I believe we did allege, Your Honor, in the complaint, and I'll have to pull it up, but that there was a... That there is a duty with respect to the ongoing building and the business endeavors that my clients were engaged in, that they are being treated fairly as anyone else would be treated in the community. That happened up to a certain point, but at the point in time where the city attorney instructed the city officials to no longer deal directly with my clients, all of my clients' activities had to go through the county or the city attorney, and there was no response. Does the city of Tucson abide by the Arizona's Open Meeting Law? Yes, Your Honor. So any citizen can come to a regularly scheduled meeting of the Tucson City Council and air a complaint that they may have with regard to what's going on in the city, vis-a-vis them, correct? Yes, that is correct, Your Honor. Did your clients ever do that? I believe they did. Yes, they did. They availed themselves of going to public meetings of the city council and told the city council what their grievance was, right? That is correct. And what happened? They did not get any satisfactory result. Is there a constitutional right to get a particular result? I think there's a constitutional right not to be discriminated against. I think there's a constitutional right that you can't be deprived of services that are provided to all of your citizens simply because you have filed suit against the city. And that's the essence of our action. Okay. We have a retaliation claim and an equal protection claim. Class of one. Correct. What's the basis for your equal protection claim? The equal protection claim is basically the same, that there's a fundamental right not to be discriminated against just because you have filed an action under the First Amendment, that if you file a civil rights action, you are entitled to do that without receiving some kind of discriminatory treatment and deprived of your equal protection rights. This isn't the case where the personal vendetta language was used. It's the other one. Is that right? The next one, yeah. Okay. And I will reserve the rest of my time at this point. Thank you. Michael McCrory for the city of Tucson and the defendants, various city officials. And I can go through the counts one by one. I think the court has properly identified already the fallacy of the first count, because that's not retaliation. That alleges a straight claim for violation of First Amendment rights. And it has the fundamental problem that all of them have, which is there is no right that's been he's been deprived of. Yes, he can go to public meetings. The city of Tucson has a regular agenda item that is called at the audience, where anybody can get up and speak, and he's admitted he's gone to that. He has no right to a specific response. And as you go through the complaints. The first cause of action is for First Amendment retaliation, not just for a direct First Amendment violation. I'm sorry. I missed the question. I was distracted by coming there. I'm sorry. The first cause of action is for First Amendment retaliation, not for a straight First Amendment claim, as I understand it. So if, for example, as I — if he were to allege that in general any person who called a city council member was responded to, but he wasn't. I mean, there's another problem, which is the reason. But suppose the reason was because — because — suppose it was past lawsuits and not present lawsuits. So we're not going to talk to you. That would have stayed a claim. But he seems to be missing the allegation as to what the general pattern is. A couple of things, Your Honor. First, the first two counts deal with the First Amendment. Count one, I believe, is just a — Well, I just read to you. The first cause of action, 42 U.S.C., is First Amendment retaliation. And then count two is the one that focuses on the retaliation. Anyway, I don't think that you have, even on past litigation, an absolute right to have government officials respond to — All right. It's because you protested at a — at something. I mean, there is a way you can set up a cause of action like that. But you need an allegation as to the fact that something was withdrawn that would otherwise have been given, even though it isn't required. I'm not sure you can do it with just something that isn't even required. But it's hard to assent to say yes. Yes, Your Honor. It goes to the issue of the deprivation of a right that's protected by a Congress — by a Constitution under 1983. But if the — for example, the Karnarskis had not filed the lawsuit, but they had carried protest signs out in front of City Hall day after day, and that was the basis for city officials not meeting with them, that would state a cause of action, wouldn't it? I think it would depend very much on the circumstances of what city officials — and I don't — I think this is the problem with their complaint as it gets into broad areas. The city council person said, look, I looked out in the window of my office, I saw you carrying these outrageous signs about the way we conduct city business here. I'm not going to talk with you. Stop protesting and I'll think about it. Would that state a cause of action? I don't think it would because I don't think there's any constitutional requirement to have a meeting or personal discussion with a city official, a city council member. We're now in a administration of people saying the city of Tucson is wonderful, the city council and its members are heroic in everything they do, and this particular councilman agrees to meet with the pro-Tucson protesters but not the anti. Would that state a cause of action? I think that would be dangerous ground because I think you'll find almost every legislative branch is meeting with one side far more often and often exclusively than another side on numerous issues. Even if the evidence was that the only reason that the council person didn't meet with the protester was because they were protesting. But the protest is over some issue that is affecting the council and they get to choose. They don't think the city council is doing its job. There are a lot of people that think that. And I think if everyone were able to require as constitutional mandate. I mean, leave the First Amendment out of it. They're putting street lights in front of people's houses, but we're not going to put the street light in front of your house because you protested. I think that's getting. There's no constitutional right to have anybody put a street light in front of your house. I think that's getting closer to what would really be a class of one claim. But the point, it's not a class of one claim. It is a First Amendment retaliation claim. You don't have to have a constitutional right to the thing you're being deprived of to be retaliated against. But besides which, as Judge Hawkins noted, I mean, this thing seems to have a problem way back, which is that the allegation of the usual access isn't even in here. So you don't have a problem. So why are you fighting with us? Right. They don't allege anybody that's similarly situated and they don't allege anybody else who's got 12 years of 12 cases and 14 years of litigation and a pending lawsuit. And as the Court noted, any attorney is going to advise their client not to speak. If you look at the facts that are alleged on the face, they are very reasonable. The only fact alleged is that one of the council members said, I was told not to talk to you during litigation. There's nothing at all unreasonable about that. The facts about the other council members on the First Amendment is that they didn't respond to e-mails. And there's no constitutional requirement that a council member respond to every e-mail that they get. There's nothing that says that these – there's nothing they can show, here's somebody in our exact situation who did get those rights. So I don't think they've shown any sort of First Amendment right. What about their Class of 1 claim? The Class of 1, I think, fails because if you go back to the Olick v. Willowbrook decision, there are critical differences. The first is that in that case, it was something they were entitled to. The issue is whether or not the county charged a 30-foot easement for them as opposed to similarly situated people who had only a 15-foot easement. So you, first of all, did have somebody similarly situated. You don't have that in this case. You then had the – Well, it does say with regard in general – it says, Now, that allegation may be too vague in general, but if it were supported by facts, would it set up a cause of action? If you had one of – we're on the Class of 1 at this point. Other discriminatory misconduct. The complaint doesn't use the language Class of 1, but it essentially is. I think it does later on. I'm sorry, what? I thought it did later on. Maybe later on. Not that I can see, actually. He just has to allege the essence of a Class of 1. Right. Of a Class of 1. He doesn't have to call this a Class of 1. And in Olick, the issue was that they had, first of all, denied, then granted as something the person was entitled to, a 15-foot easement. Here, you don't have that. I mean, first of all, with constituent services, you have these vague things of they won't respond to me. And I think the allegation of this isn't like any other citizen's. I'm sure there are thousands of citizens in Tucson who believe that their officials do not respond to them properly and are quite convinced of that. But this cause that I'm talking about is about the shutting down of the project, not about the lack of access. And again, to go back to my hypothetical, if you were setting up streetlights and you said, I'm not giving you a streetlight because I just don't care, we just hate you and we're not giving you a streetlight. We're giving everybody else streetlights, but we hate you. And I think that would be similar to Olick and that could be a Class of 1. But you don't have any right to the streetlight. If they're giving them to others, you might have a right. Well, this claim is set up that way. And the question is, was he given leave to amend it? He never asked for leave for amend. But he doesn't have to. He asked for reconsideration. But he doesn't have to, does he? He doesn't have to. But, Your Honor, on the building issue, what he alleges as a factual matter is that his client disagreed with the legal interpretation of the building code, with the way the city enforced the legal that. He doesn't say there is anybody else similarly situated who had a legal disagreement with the city over how they enforced their laws. He doesn't explain why he didn't seek any legal administrative or judicial remedy at the state level for what that legal disagreement was. And I think, more importantly, the court could go to the public record. And the public records that are available to the City of Tucson show that, in fact, the permit was revoked in 2008, two years before the statute of limitations in this case. It also shows that it was revoked for a violation of the zoning code for having built too high, not for disagreement over the heights in the international building code. So I think your problem is you're adding those facts, right? Those are in the public record.  They're not in the complaint. And this was dismissed on 12b-6, correct? Correct. But there is law that the court can look at the public record, and the plaintiff has cited that law. But in any event, I think even if you just go back to the fact alleged in the complaint itself, that he had a disagreement over legal interpretation, there is. The problem is we have a complaint here. The complaint says that it was done under false pretenses. All for a spiteful retaliatory reason wholly unrelated to any legitimate government objective. Now, this paragraph, I'm talking about paragraph 118. It probably doesn't meet Iqbal's standards, but its structure would seem to set up a permissible cause of action, no? That's speculating on whether they're facts. And my problem is. Well, that goes to the problem of not having been given right to amend. I don't think he needed the right to amend, and he didn't request it. And I don't think it would be appropriate to send it back to amend, considering that there is evidence in the public record. Because the district court, I mean, quite erroneously, threw out all the equal protection claims on the ground that he said Fifth Amendment, not Fourteenth Amendment. That's just wrong, right? Yes. Okay. So that's why we never got anywhere near this with the district court, because he thought that that was all out for a different reason. That was the argument made by the plaintiffs in their response to the motion to dismiss. They first raised that they were relying on the First Amendment in their own plea to the Fifth Amendment in their own pleadings. They didn't raise the Fourteenth Amendment in their own pleadings. So the court was responding to what they raised. When they raised on the Fifth Amendment. As a general matter, the general rule is that what matters is the factual allegations, not what clause of the Constitution you cite. But we had the first motion was based on Rule 8, which is the Iqbal problem, that there are no real facts that are alleged, even in the motion to reconsideration, even as we go through all the facts that are in both these two cases. There's nothing that supports any claim for equal protection or class of one. Thank you. Mr. McCrory, that's it. So the next case was Konarski v. Oh, I'm sorry, you had a few minutes of rebuttal. That's right. I'm sorry. Thank you, Your Honor. Just to follow up on some of the things that were just discussed. We do believe that we should have had an opportunity to amend if the Court felt that there was insufficient facts that were alleged in connection with the. Even if you didn't request it? Yes. In addition, the Court in its broad brush dismissal of the case also dismissed the State law claim, which was claim number 8, rather than remanding it to the. I thought this case was filed in Federal court. It was, yes. So what's the problem? Well, I guess the question is whether or not we should have had an opportunity to transfer it to the State court. You can't transfer it because it was never filed. He dismissed it without prejudice, correct? I believe so. Yeah, then you just go over and file it in the State court as long as you need. All right. All right. I guess just getting back to the point that you're making with respect to the streetlights. This is basically a streetlight situation. We have a situation where a gentleman was, or this family was involved in building a building. Allegations are that the building was, did not meet the standards. The permit was pulled. The allegations of the complaint were that that was done for the reasons that there was discriminatory treatment and retaliation. Thank you. All right.
judges: Hawkins, Paez, Berzon